IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02360-RPM

ANDY R. GARCIA,

    Plaintiff,

vs.

COORS BREWING COMPANY, INC., a corporation,

    Defendant.

---

ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

Upon consideration of the Unopposed Motion for Entry of Stipulated Protective Order (Doc. #12), filed on May 7, 2007, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: May 10th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge