IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02360-RPM

ANDY R. GARCIA,

    Plaintiff,

vs.

COORS BREWING COMPANY, INC., a corporation,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Dismissal with Prejudice [14] filed on September 18, 2007, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees,

Dated: September 19th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge